Ex Parte;

NO. W09-24635 R(A)

Court Criminal appeal of Texas

The Judicial District court
265th in Dallas, Tx.

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 27 2015
Abel Acosta, Clerk

82,929-01

Christopher Gill

## Application For Writ of Mandamus

Comes now, Christopher Gill and moves this Court too move a writ of mandamus, and the 265th Judicial District Court to forthwith, answer applicant's 11.07 application for writ of Habeas Corpus

Facts:
appelant has filed a 11.07 writ of Hebeas Corpus on the date of Aug, 9 2011.

The State's Response was to initially deny the 11.07 on Oct, 3 2011, but ordered the court to issue Evidene by way of affidavit from applicants defense counsel regarding applicants appeal regarding a timely appeal. And the Trial Court Refuses to respond to my writ.

Respectfully Sumbitted: Gill #1686506
Date: Feb-23-2015